IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA HENRY                                                                                    PLAINTIFF

V.                                            NO. 09-4074

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                       DEFENDANT

## JUDGMENT

For reasons stated in the memorandum opinion of this date, the court hereby reverses the decision of the ALJ and remands this case to the Commissioner for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 1st day of June, 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE